UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **MICHAEL RHODES,**<br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>Defendant. | )<br>)<br>)<br>)  No. 3:10-CV-351<br>)  (Phillips/Guyton)<br>)<br>)<br>) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation of the magistrate judge filed by the Commissioner [Doc. 14] are hereby **OVERRULED**. The report and recommendation [Doc. 13] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 8] is **GRANTED, as modified;** the defendant Commissioner's motion for summary judgment [Doc. 11] is **DENIED;** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the report and recommendation.

**IT IS SO ORDERED.**

**ENTER:**

<u>      s/ Thomas W. Phillips      </u>
United States District Judge